# In the United States District Court for the Southern District of Georgia Savannah Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:25 pm, Sep 22, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 413-004-3 |
| JUAN CARLOS PENA, | |
| Defendant. | |

### ORDER

Before the Court are Defendant Juan Pena's motion to proceed *in forma pauperis* ("IFP") on appeal, dkt. no. 957, motion for appointment of an attorney, id., motion to withdraw his notice of appeal and motion to proceed IFP, dkt. no. 959, and motion for extension of time to respond to the Government's opposition, id.

### BACKGROUND

On June 30, 2020, Defendant filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 950. The Government responded in opposition, arguing that Defendant had not exhausted his administrative remedies with the Bureau of Prisons as required by 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 951. Indeed, the Court found that Defendant had not exhausted his administrative remedies and dismissed Defendant's motion for lack of jurisdiction. Dkt. No. 954. Since that time, Defendant has filed a notice of appeal of the Court's Order, dkt. no. 955, as well as

a motion to proceed IFP, dkt. no. 957, motion for appointment of an attorney, id., motion to withdraw his notice of appeal, dkt. no. 959, and motion for extension of time to respond to the Government's opposition, id.  The Court recently deferred ruling on these motions pending Defendant's active appeal to the Eleventh Circuit.  Dkt. No. 960.  On September 15, 2020, Defendant's appeal was dismissed pursuant to his motion for voluntary dismissal.  See No. 20-12935-C (11th Cir. Sept. 15, 2020).

## DISCUSSION

The Court gleans that Defendant intends to file another motion for compassionate release in this Court.  Because the Court dismissed his previous motion for failure to exhaust administrative remedies, Defendant is entitled to file another motion requesting compassionate release.  His appeal now having been dismissed, the Court **DENIES as moot** his motion for leave to proceed IFP on appeal.  Dkt. No. 957.  His motion for appointment of counsel, id., is **DENIED**, as there is no automatic constitutional right to counsel in post-conviction proceedings in a criminal case.  See, e.g., Pennsylvania v. Finley, 481 U.S. 551, 555 (1987).  Defendant's motion to withdraw his notice of appeal and motion for extension of time to respond to the Government's opposition, dkt. no. 959, are **DENIED as moot**.  Defendant's appeal has already been dismissed, and, as the Court informed Defendant in its previous

Order, there is no time limit on his filing a motion for compassionate release.

Defendant is reminded that, should he file another motion for compassionate release with this Court, he must first exhaust his administrative remedies with the Bureau of Prisons as outlined in 18 U.S.C. § 3582(c).

**SO ORDERED**, this 22 day of September, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA