# In the United States District Court for the Southern District of Georgia Savannah Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 8:48 am, Jan 14, 2021

UNITED STATES OF AMERICA,

v.

JUAN CARLOS PENA,

    Defendant.

CR 413-004-3

## ORDER

Before the Court is Defendant Juan Pena's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act. Dkt. No. 973. The Court, however, has already ruled upon Defendant's previous such motion, denying it on the merits. Dkt. No. 969. Having found that Defendant's most recent motion advances no meritorious argument for overturning the Court's previous analysis, the Court **DENIES** Defendant's motion.

**SO ORDERED**, this 13 day of January, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA